AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. EDCV 24–02398 – KK(SPX)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)  Keming Wang

was received by me on (date)  11/11/2024  .

☒ I personally served the summons on the individual at (place)  8703 SEEKER STREET, CHINO, CA 91708
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify):  Keying wang: 70's80's, Asian American Male, 180 LBS, 5.11", Bro/H Bro/Eys

My fees are $ _____ for travel and $ _____ for services, for a total of $  15 0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/11/2024

_____
Server's signature

Elias Elhayek    Process server   1756 San Bernardino
_____
Printed name and title

13089 Peyton Dr C342 Chino Hills  CA 91709
909 855 0000
_____
Server's address

Additional information regarding attempted service, etc: